# McCarthy & Jennerich
### Attorneys at Law

Robert W. Jennerich †
James M. McCarthy
Thomas A. Keenan ††
† Also admitted in MI
†† Certified Civil Trial Attorney
   Also admitted in DC
††† Also Admitted in NY

The Columns
47 Orient Way
Rutherford, New Jersey 07070
Telephone  (201) 939-7595
Facsimile  (201) 939-9147
www.mcjennlaw.com

Elizabeth C. Nuttycombe †††
Peter J. Lamont

E-Mail:plamont@mcjennlaw.com
Our File No.: 7161-19

January 7, 2009

**VIA FACSIMILE (609) 989-0435**
Honorable Tonianne J. Bongiovanni, U.S.M.J.
Clarkson S. Fisher Federal Bldg. & Courthouse
402 E. State Street
Trenton, NJ 08608

RECEIVED
AT 8:30
JAN - 8 2009
WILLIAM T. WALSH
CLERK       M

Re:   *Ratajczak v. Township of Franklin and Bollaro*
      *Civil Action No.: 07-2607 (JAP-TJB)*

Dear Judge Bongiovanni:

Pursuant to my prior telephone conference with Mark Morelli, both parties agree that the Pre-Trial Conference scheduled for January 21, 2009, be adjourned until after the pending summary judgment motion is decided.

Respectfully submitted,
McCarthy & Jennerich

*Peter J. Lamont*
Peter J. Lamont

PJL/db
cc: Paul Castronovo, Esq.
    (via e-mail: pcastronovo@candmlegal.com)

So Ordered this 7TH day
of January, 2009.